IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DEVORIS WILLIAMS-BEY, #213 941, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:17-CV-806-WHA |
| | ) | [WO] |
| DR. RAHMING, WILCOTTE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On April 26, 2019, the Magistrate Judge filed a Recommendation to which no timely objection have been filed. Doc. 20. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case be and is hereby DISMISSED as follows:

1. Defendant's motion to dismiss (Doc. 17) is GRANTED to the extent Defendant seeks dismissal of this case due to Plaintiff's failure to properly exhaust an institutional administrative remedy available to him prior to initiating this cause of action.

2. This case is DISMISSED without prejudice under 42 U.S.C. § 1997e(a) for Plaintiff's failure to properly exhaust the institutional administrative remedy available to him.

3. No costs are taxed.

Final Judgment will be entered in favor of Defendant.

Done, this 17th day of May 2019.

      /s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE